IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
AUG - 8 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

LESTER ROBINSON,

     Plaintiff,

v.                                        Civil Action No. **3:18CV794**

SGT. LEWIS,

     Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on November 20, 2018, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address if he was relocated or released. By Memorandum Order entered on May 17, 2019, the Court directed Plaintiff to file a particularized complaint. On May 28, 2019, the United States Postal Service returned the May 17, 2019 Memorandum Order to the Court marked, "RETURN TO SENDER" and "NO LONGER AT THIS ADDRESS."

On May 8, 2019, the Court received a letter from Plaintiff indicating that his mail should be forwarded to, "12912 Day Break, Newport News, VA 23602." *Robinson v. Cox*, No. 3:19CV217 (E.D. Va. filed May 8, 2019). Plaintiff failed to identify any of his many pending actions in the letter and, thus, the Clerk docketed the letter in only one of his pending actions. It is Plaintiff's responsibility to keep track of his current actions and Plaintiff should have notified the Court of which actions his address change should be applied to in order to properly update his address. Nevertheless, by Memorandum Order entered on July 1, 2019, the Court provided Plaintiff one further opportunity to file a particularized complaint within fourteen (14) days of the date of entry thereof, by mailing the Memorandum Order to Plaintiff's address at 12912 Day Break.

More than fourteen (14) days have elapsed since the entry of the July 1, 2019 Memorandum Order and Plaintiff has not filed a particularized complaint or otherwise responded. Plaintiff's failure to respond indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 8 August 2019
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge